## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR MUTUAL BANK, <br><br> Plaintiff, <br><br> vs. <br><br> AMRISH MAHAJAN, ARUN VELUCHAMY, ANU VELUCHAMY, STEVEN LAKNER, RONALD TUCEK, PATRICK MCCARTHY, PAUL PAPPAGEORGE, RICHARD BARTH, THOMAS PACOCHA, JAMES REGAS, REGAS, FREZADOS & DALLAS LLP <br><br> Defendants. | Case No. 1:11-CV-07590 <br><br> JURY DEMANDED <br><br> Judge Virginia Kendall |

TO: SEE ATTACHED SERVICE LIST

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on January 24, 2012, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall, or whoever may be designated to sit in her stead, in **Court Room 1019** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' Motion to Dismiss, a true and correct copy of which was filed electronically through the Court's electronic filing system and served thereby upon the individuals identified in the attached Certificate of Service.

DOCS-#3616898-v1

Dated: January 18, 2012

Respectfully submitted,

COUNSEL FOR STEVEN LAKNER, RONALD TUCEK, PATRICK MCCARTHY and PAUL PAPPAGEORGE

By: _____

Michael S. Loeffler
Loeffler Thomas P.C.
500 Skokie Boulevard
Suite 260
Northbrook, IL 60062
T: 847-656-9201
F: 847-656-9211
E: Michael.Loeffler@LTT-legal.com

Susan E. Barnes (MN Reg. No. 138903)
Kim M. Ruckdaschel-Haley (MN Reg. No. 221831)
Kirstin D. Kanski (MN Reg. No. 0346676)
Lindquist & Vennum PLLP
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
T: 612-371-3211
F: 612-371-3207
E: kruckdaschel-haley@lindquist.com
    sbarnes@lindquist.com, kkanski@lindquist.com

2

## CERTIFICATE OF SERVICE

  I, Michael S. Loeffler, an attorney, hereby certify that I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the following:

| | |
|---|---|
| Beth Anne Black | blackb@gtlaw.com |
| Dean J. Polales | djpolales@uhlaw.com |
| F. Thomas Hecht | fthect@uhlaw.com |
| Jeffrey R. Tone | jtone@kattentemple.com |
| Kimberly Elizabeth Blair | Kimberly.blair@wilsonelser.com |
| Michael P. Tone | michael.tone@wilsonelser.com |
| Richard Henry Tilghman | rhtilghman@uhlaw.com |
| Shannon Tierney Murphy | muphys@gtlaw.com |
| Steven Marc Malina | malinas@gtlaw.com |
| Tina B. Solis | tbsolis@uhlaw.com |
| Nancy A. Temple | ntemple@kattentemple.com |
| John M. George, Jr. | jgeorge@kattentemple.com |
| Joshua D. Nichols | jnichols@vedderprice.com |
| Randall M. Lending | rlending@vedderprice.com |
| Chad A. Schiefelbein | cschiefelbein@vedderprice.com |
| Edward F. Dunne | efdunne@karballaw.com |
| Newton C. Marshall | nmarshall@karballaw.com |

On: January 18, 2012.

_____

3