IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Mutual Bank,<br><br>Plaintiff,<br><br>v.<br><br>AMRISH MAHAJAN, ARUN VELUCHAMY, ANU VELUCHAMY, STEVEN LAKNER, RONALD TUCEK, PATRICK MCCARTHY, PAUL PAPPAGEORGE, RICHARD BARTH, THOMAS PACOCHA, JAMES REGAS, and REGAS, FREZADOS & DALLAS LLP,<br><br>Defendants. | Case No. 11-cv-7590<br><br>JURY DEMANDED<br><br>Judge Virginia Kendall |

### NOTICE OF MOTION

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on **Tuesday, January 24, 2012, at 9:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall in Courtroom 1019 of the United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANT RICHARD BARTH'S MOTION TO DISMISS THE COMPLAINT AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**, a true and correct copy of which was filed electronically through the Court's electronic filing system and served upon you.

January 18, 2012                                                         Respectfully submitted,

                                                                                    /s/ Nancy A. Temple

Nancy A. Temple
John M. George, Jr.
Jeffrey R. Tone
Katten & Temple LLP
542 S. Dearborn, Suite 1060
Chicago, IL 60605
(312) 663-0800
ntemple@kattentemple.com
jgeorge@kattentemple.com
jtone@kattentemple.com

## CERTIFICATE OF SERVICE

I, Nancy A. Temple, an attorney, certify that the foregoing **DEFENDANT RICHARD BARTH'S MOTION TO DISMISS THE COMPLAINT AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** was served upon the following on **January 18, 2012** via the Court's Case Management/Electronic Case Files (CM/ECF) system:

Beth Anne Black    blackb@gtlaw.com

Chad Allen Schiefelbein    cschiefelbein@vedderprice.com

Dean J. Polales    djpolales@uhlaw.com

F. Thomas Hecht    fthecht@uhlaw.com

Jeffrey R. Tone    jtone@kattentemple.com

Joshua David Nichols    jnichols@vedderprice.com

Kimberly Elizabeth Blair    kimberly.blair@wilsonelser.com

Kim M. Ruckdaschel-haley    kruckdaschel-haley@lindquist.com

Kristin D. Kanski    kkanski@lindquist.com

Michael S. Loeffler    michael.loeffler@ltt-legal.com

Michael P. Tone    michael.tone@wilsonelser.com

Randall Marc Lending    rlending@vedderprice.com

Richard Henry Tilghman    rhtilghman@uhlaw.com

Shannon Tierney Murphy    murphys@gtlaw.com

Steven Marc Malina    malinas@gtlaw.com

Susan E. Barnes    sbarnes@lindquist.com

Tina B. Solis    tbsolis@uhlaw.com

Todd H. Thomas    todd.thomas@ltt-legal.com