**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Mutual Bank, ) ) ) ) Plaintiff, ) v. ) ) AMRISH MAHAJAN, ARUN VELUCHAMY, ) ANU VELUCHAMY, STEVEN LAKNER, ) RONALD TUCEK, PATRICK MCCARTHY, ) PAUL PAPPAGEORGE, RICHARD BARTH, ) THOMAS PACOCHA, JAMES REGAS, and ) REGAS, FREZADOS & DALLAS LLP, ) ) Defendants. ) ) | Case No. 11-cv-7590 JURY DEMANDED Judge Virginia Kendall |

**NOTICE OF MOTION**

TO:   **ALL COUNSEL OF RECORD**

   PLEASE TAKE NOTICE that on **January 24, 2012** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall in Courtroom 1019 of the United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **Defendant Amrish Mahajan's Motion to Dismiss and Memorandum of Law in Support of His Motion to Dismiss**, a true and correct copy of which was filed electronically through the Court's electronic filing system and served upon all counsel of record.

January 18, 2012                   /s/ Steven M. Malina
                          One of the Attorneys for
                          Defendant Amrish Mahajan

Steven M. Malina (ARDC # 6196571)
Beth A. Black (ARDC # 6257729)
Shannon T. Murphy (ARDC # 6300397
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
PH: (312) 460-8400
FAX: (312) 460-8435
malinas@gtlaw.com
blackb@gtlaw.com
murphys@gtlaw.com

CHI 61,977,031v1

## CERTIFICATE OF SERVICE

I, Steven M. Malina, an attorney, hereby certify that I electronically filed the foregoing **Defendant Amrish Mahajan's Motion to Dismiss and Memorandum of Law in Support of His Motion to Dismiss** with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to all counsel of record.

January 18, 2012           /s/ Steven M. Malina
                           One of the Attorneys for
                           Defendant Amrish Mahajan

Steven M. Malina (ARDC # 6196571)
Beth A. Black (ARDC # 6257729)
Shannon T. Murphy (ARDC # 6300397
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
PH: (312) 460-8400
FAX: (312) 460-8435
malinas@gtlaw.com
blackb@gtlaw.com
murphys@gtlaw.com