## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Mutual Bank, <br><br> Plaintiff, <br><br> v. <br><br> AMRISH MAHAJAN, ARUN VELUCHAMY, ANU VELUCHAMY, STEVEN LAKNER, RONALD TUCEK, PATRICK MCCARTHY, PAUL PAPPAGEORGE, RICHARD BARTH, THOMAS PACOCHA, JAMES REGAS, and REGAS, FREZADOS & DALLAS LLP, <br><br> Defendants. | Case No. 11-cv-7590 <br><br> JURY DEMANDED <br><br> Judge Virginia Kendall |

### **NOTICE OF MOTION**

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that on **Tuesday, January 24, 2012, at 9:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall in Courtroom 1019 of the United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANT JAMES REGAS'S MOTION TO DISMISS THE COMPLAINT AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**, a true and correct copy of which was filed electronically through the Court's electronic filing system and served upon you.

January 18, 2012                                                          Respectfully submitted,

                                                                          /s/ Nancy A. Temple

Nancy A. Temple
John M. George, Jr.
Jeffrey R. Tone
Katten & Temple LLP
542 S. Dearborn, Suite 1060
Chicago, IL 60605
(312) 663-0800
ntemple@kattentemple.com
jgeorge@kattentemple.com
jtone@kattentemple.com

## CERTIFICATE OF SERVICE

I, Nancy A. Temple, an attorney, certify that the foregoing **DEFENDANT JAMES REGAS'S MOTION TO DISMISS THE COMPLAINT AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** was served upon the following on **January 18, 2012** via the Court's Case Management/Electronic Case Files (CM/ECF) system:

Beth Anne Black     blackb@gtlaw.com

Chad Allen Schiefelbein     cschiefelbein@vedderprice.com

Dean J. Polales     djpolales@uhlaw.com

F. Thomas Hecht     fthecht@uhlaw.com

Jeffrey R. Tone     jtone@kattentemple.com

Joshua David Nichols     jnichols@vedderprice.com

Kimberly Elizabeth Blair     kimberly.blair@wilsonelser.com

Kim M. Ruckdaschel-haley     kruckdaschel-haley@lindquist.com

Kristin D. Kanski     kkanski@lindquist.com

Michael S. Loeffler     michael.loeffler@ltt-legal.com

Michael P. Tone     michael.tone@wilsonelser.com

Randall Marc Lending     rlending@vedderprice.com

Richard Henry Tilghman     rhtilghman@uhlaw.com

Shannon Tierney Murphy     murphys@gtlaw.com

Steven Marc Malina     malinas@gtlaw.com

Susan E. Barnes     sbarnes@lindquist.com

Tina B. Solis     tbsolis@uhlaw.com

Todd H. Thomas     todd.thomas@ltt-legal.com

                                                /s/ Nancy A. Temple