IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Mutual Bank,<br><br>Plaintiff,<br><br>v.<br><br>AMRISH MAHAJAN, et al.,<br><br>Defendant. | No. 11-cv-7590<br><br>JURY TRIAL DEMANDED<br><br>Judge Virginia Kendall |

**DEFENDANTS ARUN AND ANU VELUCHAMY'S
MOTION TO DISMISS/STRIKE THE FDIC'S COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), Defendants Arun and Anu Veluchamy move to dismiss/strike the Complaint of Plaintiff Federal Deposit Insurance Corporation and submit contemporaneously herewith their supporting Memorandum of Law setting forth the specific grounds for the relief which they seek.

WHEREFORE, Defendants Arun and Anu Veluchamy respectfully request that this Court:

  A. Grant their Motion to Dismiss/Strike the Complaint of Plaintiff Federal Deposit Insurance Corporation;

  B. Enter an Order dismissing the Complaint of Plaintiff Federal Deposit Insurance Corporation, with prejudice; and

    C.    Award them any further relief which is appropriate and just.

Respectfully submitted,

DEFENDANTS ARUN AND ANU VELUCHAMY

By:   s/ Joshua Nichols
        One of Their Attorneys

Randall M. Lending
Chad A. Schiefelbein
Joshua Nichols
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003
(312) 609-7500