IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Mutual Bank,<br><br>   Plaintiff,<br><br>v.<br><br>AMRISH MAHAJAN, ARUN VELUCHAMY, ANU VELUCHAMY, STEVEN LAKNER, RONALD TUCEK, PATRICK MCCARTHY, PAUL PAPPAGEORGE, RICHARD BARTH, THOMAS PACOCHA, JAMES REGAS, and REGAS, FREZADOS & DALLAS LLP,<br><br>   Defendants. | No. 11-cv-7590<br><br>JURY DEMANDED<br><br>Judge Virginia Kendall |

## NOTICE OF MOTION

TO: ALL COUNSEL OF RECORD

  PLEASE TAKE NOTICE that on **January 24, 2012** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall in Courtroom 1019 of the United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANTS ARUN AND ANU VELUCHAMY'S MOTION TO DISMISS/STRIKE THE FDIC'S COMPLAINT**, a true and correct copy of which was filed electronically through the Court's electronic filing system and served upon you.

Dated: January 18, 2012

                 Respectfully submitted,

                 **ARUN VELUCHAMY AND ANU VELUCHAMY DUKKIPATI**

                 By: s/ Joshua Nichols
                    One of Their Attorneys

Randall M. Lending
Chad A. Schiefelbein
Joshua Nichols
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
T: (312) 609-7500
F: (312) 609-5005

CHICAGO/#2282526.1

## CERTIFICATE OF SERVICE

I, Joshua Nichols, an attorney, hereby certify that I electronically filed the foregoing **DEFENDANTS ARUN AND ANU VELUCHAMY'S MOTION TO DISMISS/STRIKE THE FDIC'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

| | |
|---|---|
| Beth Anne Black | blackb@gtlaw.com |
| Dean J. Polales | djpolales@uhlaw.com |
| F. Thomas Hecht | fthecht@uhlaw.com |
| Jeffrey R. Tone | jtone@kattentemple.com |
| Kimberly Elizabeth Blair | kimberly.blair@wilsonelser.com |
| Michael P. Tone | michael.tone@wilsonelser.com |
| Richard Henry Tilghman | rhtilghman@uhlaw.com |
| Shannon Tierney Murphy | murphys@gtlaw.com |
| Steven Marc Malina | malinas@gtlaw.com |
| Tina B. Solis | tbsolis@uhlaw.com |
| Nancy A. Temple | ntemple@kattentemple.com |
| John M. George, Jr. | jgeorge@kattentemple.com |
| Michael S. Loeffler | michael.loeffler@ltt-legal.com |
| Kim Ruckdaschel-Haley | kruckdaschel-haley@lindquist.com |
| Susan E. Barnes | sbarnes@lindquist.com |
| Todd H. Thomas | todd.thomas@ltt-legal.com |
| Edward Fitzsimmons Dunne | efdunne@karballaw.com |
| Newton C. Marshall | nmarshall@karballaw.com |

On: January 18, 2012

                                                    s/ Joshua Nichols