# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Federal Deposit Insurance Corporation as
Receiver for Mutual Bank

                    Plaintiff,

v.                               Case No.: 1:11–cv–07590
                                  Honorable Virginia M. Kendall

Amrish Mahajan, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 23, 2012:

    MINUTE entry before Honorable Virginia M. Kendall:Initial status hearing is stricken for 1/24/2012 and reset to 1/30/2012 @ 9:00 a.m. Defendants motions to dismiss [51], [53], [55], [58], [62], [65] are entered and continued to 1/30/2012 at 9:00 a.m. Motion hearings set for 1/24/2012 on these motions are stricken.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.