# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

| | |
|---|---|
| Federal Deposit Insurance Corporation as Receiver for Mutual Bank<br><br>Plaintiff,<br><br>v.<br><br>Amrish Mahajan, et al.<br><br>Defendant. | Case No.: 1:11−cv−07590<br>Honorable Virginia M. Kendall |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 24, 2012:

MINUTE entry before Honorable Virginia M. Kendall:Defendants motions to dismiss[55], [62], [51], [53], [58], [65] are reset to 1/30/2012 @ 1:30 p.m. Initial status hearing set for 1/30/2012 at 01:30 PM. (TIME CHANGE)Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.