IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION AS RECEIVER FOR ) <br> MUTUAL BANK ) <br>     Plaintiff ) <br>   v. ) <br> ) <br> AMRISH MAHAJAN, ARUN VELUCHAMY, ) <br> ANU VELUCHAMY, STEVEN LAKNER, ) <br> RONALD TUCEK, PARTRICK McCARTHY, ) <br> PAUL PAPPAGEORGE, RICHARD BARTH, ) <br> THOMAS PACOCHA, JAMES REGAS, ) <br> REGAS, FREZADOS & DALLAS, LLP. ) <br>     Defendants. ) | No. 11 CV 7590 |

## NOTICE OF FILING

To: **Please See Attached Certificate of Service**

PLEASE TAKE NOTICE that on Tuesday, January 31, 2012, the undersigned caused to be filed with the Northern District Court of Illinois, Eastern Division, DEFENDANT REGAS, FREZADOS & DALLAS, LLP'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS, copies of which are submitted herewith.

                                                               Respectfully submitted,
                                              REGAS, FREZADOS & DALLAS, LLP.

                                              By: /s/ Edward F. Dunne
                                                  One of its attorneys

Newton C. Marshall (ARDC No. 6209427)
Edward F. Dunne (ARDC No. 6224845)
Karbal, Cohen, Economou, Silk & Dunne,
LLC 150 S. Wacker Drive, Suite 1700
Chicago, IL 60606
312.431.3700
nmarshall@karballaw.com
efdunne@karballaw.com

## CERTIFICATE OF SERVICE

I, Edward F. Dunne, an attorney, hereby certify that on January 31, 2012, I caused true and correct copies of DEFENDANT REGAS, FREZADOS & DALLAS, LLP'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS to be served to counsel via federal court CM/ECF electronic mail.

| | |
|---|---|
| Dean J. Polales | djpolales@uhlaw.com |
| Richard Henry Tilghman | rhtilghman@uhlaw.com |
| Tina B. Solis | tbsolis@uhlaw.com |
| F. Thomas Hecht | fthecht@uhlaw.com |
| Steven Marc Malina | malinas@gtlaw.com |
| Beth Anne Black | blackb@gtlaw.com |
| Shannon Tierney Murphy | murphys@gtlaw.com |
| Randall Marc Lending | rlending@vedderprice.com |
| Chad Allen Schiefelbein | cschiefelbein@vedderprice.com |
| Joshua David Nichols | jnichols@vedderprice.com |
| Kim M. Ruckdaschel-Haley | kruckdaschel-haley@lindquist.com |
| Michael S. Loeffler | michael.loeffler@ltt-legal.com |
| Susan E. Barnes | sbarnes@lindquist.com |
| Kirstin D. Kanski | kkanski@lindquist.com |
| Todd H. Thomas | todd.thomas@ltt-legal.com |
| Jeffrey R. Tone | jtone@kattentemple.com |
| John M. George | jgeorge@kattentemple.com |
| Nancy Anne Temple | ntemple@kattentemplelaw.com |

| | |
|---|---|
| Kimberly Elizabeth Blair | Kimberly.blair@wilsonelser.com |
| Michael P. Tone | Michael.tone@wilsonelser.com |

| | |
|---|---|
| On January 31, 2012 | /s/ Edward F. Dunne |