# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Federal Deposit Insurance Corporation as
Receiver for Mutual Bank

                                                      Plaintiff,

v.                                                       Case No.: 1:11−cv−07590

                                                      Honorable Virginia M. Kendall

Amrish Mahajan, et al.

                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 6, 2012:

      MINUTE entry before Honorable Virginia M. Kendall:Motions to dismiss[55], [65], [76], [62], [58], [53], [51] are entered and briefed as follows: Responses due by 2/21/2012. Replies due by 2/28/2012. Ruling will be made by mail. Motion hearings set for 2/7/2012 on these motions are hereby stricken.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.