## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Federal Deposit Insurance Corporation as
Receiver for Mutual Bank

                                        Plaintiff,

v.                                                      Case No.: 1:11–cv–07590

                                                        Honorable Virginia M.
                                                        Kendall

Amrish Mahajan, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 7, 2012:

      MINUTE entry before Honorable Virginia M. Kendall:Status hearing held on 2/7/2012. Defendants Regas, Frezados & Dallas LLP and Mahajans counsel failed to appear at initial status hearing. Briefing schedule on the motion to dismiss [55], [65], [76], [62], [58],[53], [51] have been extended as follows: Responses due by 2/28/2012. Replies due by 3/13/2012. Ruling will be made by mail. Status hearing set for 7/19/2012 at 09:00 AM. Parties to file by 7/17/2012 a status report of depositions to be taken and who the experts will be. The Court puts parties into the Electronic Discovery Pilot program. Parties oral motion to exceed page limit is granted, but no more than 25 pages. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.