IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE ) <br> CORPORATION AS RECEIVER FOR ) <br> MUTUAL BANK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMRISH MAHAJAN, ARUN VELUCHAMY, ) <br> ANU VELUCHAMY, STEVEN LAKNER, ) <br> RONALD TUCEK, PATRICK MCCARTHY, ) <br> PAUL PAPPEGEORGE, RICHARD BARTH, ) <br> THOMAS PACOCHA, JAMES REGAS, ) <br> REGAS, FREZADOS & DALLAS LLP, ) <br> ) <br> Defendants. | Case No. 11 C 07590 <br><br> Judge Virginia Kendall <br><br> Magistrate Judge Young B. Kim |

## NOTICE OF FILING

To:    *See Attached Service List*

PLEASE TAKE NOTICE that on February 28, 2012, the undersigned caused to be filed with the Northern District Court of Illinois, Eastern Division, *Federal Deposit Insurance Corporation as Receiver for Mutual Bank's Consolidated Response in Opposition to Defendants' Motions to Dismiss*, a copy of which is submitted herewith.

Respectfully submitted,

By:    /s/ F. Thomas Hecht
One of the attorneys for Plaintiff

F. Thomas Hecht
Tina B. Solis
Dean J. Polales
Richard H. Tilghman
3500 Three First National Plaza
Chicago, IL 60602
(312) 977-4400
(312) 977-4405 (Facsimile)

2131432-1

CERTIFICATE OF SERVICE

      I, F. Thomas Hecht, an attorney, certify that on February 28, 2012, I caused a true and correct copy of **_Federal Deposit Insurance Corporation as Receiver for Mutual Bank's Consolidated Response in Opposition to Defendants' Motions to Dismiss_** to be served upon counsel listed on the attached Service List via federal court CM/ECF electronic mail.


Dated: February 28, 2012          /s/ F. Thomas Hecht
                                                                  One of the Attorneys for the Federal Deposit Insurance Corporation as Receiver for Mutual Bank

Federal Deposit Insurance Corporation as Receiver for Mutual Bank v. Amrish Mahajan, et al.
Case No.: 11-cv-07590

## SERVICE LIST

**Counsel for Defendants Amrish Mahajan and Thomas Pacocha**:

Steven M. Malina (malinas@gtlaw.com)
Beth A. Black (blackb@gtlaw.com)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago IL 60601
(312) 456-8400

**Counsel for Defendants Arun Veluchamy and Anu Veluchamy**:

Randall M. Lending (rlending@vedderprice.com)
Chad A. Schiefelbein (cschiefelbein@vedderprice.com)
Joshua Nichols (jnichols@vedderprice.com)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601
(312) 609-7500

**Counsel for Defendants Steven Lakner, Patrick McCarthy, Ronald Tucek and Paul Pappageorge**:

Michael S. Loeffler (michael.loeffler@ltt-legal.com)
Todd Hunter Thomas (todd.thomas@ltt-legal.com)
Loeffler Thomas P.C.
500 Skokie Boulevard, Suite 260
Northbrook, IL 60062
(847) 498-8400

**Additional Counsel appearing Pro Hac Vice for Defendants Steven Lakner, Patrick McCarthy, Ronald Tucek and Paul Pappageorge**:

Susan E. Barnes (sbarnes@lindquist.com)
Kim M. Ruckdaschel-Haley (kruckdaschel-haley@lindquist.com)
Kirstin D. Kanski (kkanski@lindquist.com)
Lindquist & Vennum, PLLP
80 South Eighth Street, 4200 IDS Center
Minneapolis, MN 55402
(612) 371-3211

**Counsel for Defendants James A. Regas and Richard Barth**:

Nancy A. Temple (ntemple@kattentemplelaw.com)
John M. George (jgeorge@kattentemple.com)
Katten & Temple LLP
542 S. Dearborn Street, Suite 1060
Chicago, IL 60605
(312) 663-0800

**Additional Counsel for James Regas**:

Michael P. Tone (michael.tone@wilsonelser.com)
Kimberly E. Rients-Blair (kimberly.blair@wilsonelser.com)
Geoffrey A. Belzer (geoffrey.belzer@wilsonelser.com)
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
(312) 704-0550

**Counsel for Regas Frezados & Dallas LLP**:

Newton C. Marshall (nmarshall@karballaw.com)
Edward F. Dunne (efdunne@karballaw.com )
Karbal, Cohen, Economou, Silk & Dunne, LLC
150 S. Wacker Drive, Suite 1700
Chicago, IL 60606
(312) 431-3700