IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR MUTUAL BANK<br>    Plaintiff<br>v.<br><br>AMRISH MAHAJAN, ARUN VELUCHAMY, ANU VELUCHAMY, STEVEN LAKNER, RONALD TUCEK, PARTRICK McCARTHY, PAUL PAPPAGEORGE, RICHARD BARTH, THOMAS PACOCHA, JAMES REGAS, REGAS, FREZADOS & DALLAS, LLP.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 11 CV 7590 |

## NOTICE OF FILING

TO: **CERTIFICATE OF SERVICE (Attached)**

YOU ARE HEREBY NOTIFIED that on March 13, 2012 there was filed with the Clerk of the Northern District of Illinois – Eastern Division, Defendant REGAS, FREZADOS & DALLAS, LLP.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS a copy of which is attached hereto.

Respectfully submitted,

REGAS, FREZADOS & DALLAS, LLP.

By: /s/ Edward F. Dunne
One of its attorneys

Newton C. Marshall (ARDC No. 6209427)
Edward F. Dunne (ARDC No. 6224845)
Karbal, Cohen, Economou, Silk & Dunne, LLC
150 S. Wacker Drive, Suite 1700
Chicago, IL 60606
312.431.3700
nmarshall@karballaw.com
efdunne@karballaw.com

## **CERTIFICATE OF SERVICE**

I, Edward F. Dunne, an attorney, hereby certify that I caused a true and correct copy of DEFENDANT REGAS, FREZADOS & DALLAS, LLP.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS to be served to the below by using the CM/ECF system on March 13, 2012.

| | |
|---|---|
| Dean J. Polales | djpolales@uhlaw.com |
| Richard Henry Tilghman | rhtilghman@uhlaw.com |
| Tina B. Solis | tbsolis@uhlaw.com |
| F. Thomas Hecht | fthecht@uhlaw.com |
| Kristopher J. Stark | kjstark@uhlaw.com |
| Steven Marc Malina | malinas@gtlaw.com |
| Beth Anne Black | blackb@gtlaw.com |
| Shannon Tierney Murphy | murphys@gtlaw.com |
| Randall Marc Lending | rlending@vedderprice.com |
| Chad Allen Schiefelbein | cschiefelbein@vedderprice.com |
| Joshua David Nichols | jnichols@vedderprice.com |
| Kim M. Ruckdaschel-Haley | kruckdaschel-haley@lindquist.com |
| Michael S. Loeffler | michael.loeffler@ltt-legal.com |
| Susan E. Barnes | sbarnes@lindquist.com |
| Kirstin D. Kanski | kkanski@lindquist.com |
| Todd H. Thomas | todd.thomas@ltt-legal.com |
| Jeffrey R. Tone | jtone@kattentemple.com |
| John M. George | jgeorge@kattentemple.com |
| Nancy Anne Temple | ntemple@kattentemplelaw.com |

| | |
|---|---|
| Kimberly Elizabeth Blair | Kimberly.blair@wilsonelser.com |
| Michael P. Tone | Michael.tone@wilsonelser.com |

| | |
|---|---|
| On March 13, 2012 | /s/ Edward F. Dunne |