IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR MUTUAL BANK, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 1:11-CV-07590 |
| AMRISH MAHAJAN, ARUN VELUCHAMY, ANU VELUCHAMY, STEVEN LAKNER, RONALD TUCEK, PATRICK MCCARTHY, PAUL PAPPAGEORGE, RICHARD BARTH, THOMAS PACOCHA, JAMES REGAS, REGAS, FREZADOS & DALLAS LLP | ) ) ) ) ) ) ) ) ) | JURY DEMANDED Judge Virginia Kendall |
| Defendants. | ) | |

TO:   SEE ATTACHED CERTIFICATE OF SERVICE

## NOTICE OF FILING

PLEASE TAKE NOTICE that on March 13, 2012, the undersigned caused to be filed with the United States District Court for the Northern District of Illinois, Eastern Division, JOINT REPLY MEMORANDUM OF LAW BY DEFENDANTS STEVEN LAKNER, RONALD TUCEK, PATRICK MCCARTHY, AND PAUL PAPPAGEORGE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT, copies of which are submitted herewith.

Dated: March 13, 2012

Respectfully submitted,

**COUNSEL FOR STEVEN LAKNER, RONALD TUCEK, PATRICK MCCARTHY and PAUL PAPPAGEORGE**

By: /s/ Michael S. Loeffler

Michael S. Loeffler
Loeffler Thomas P.C.
500 Skokie Boulevard
Suite 260
Northbrook, IL 60062
T: 847-656-9201
F: 847-656-9211
E: Michael.Loeffler@LTT-legal.com

Susan E. Barnes (MN Reg. No. 138903)
Kim M. Ruckdaschel-Haley (MN Reg. No. 221831)
Kirstin D. Kanski (MN Reg. No. 0346676)
Lindquist & Vennum PLLP
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
T: 612-371-3211
F: 612-371-3207
E: kruckdaschel-haley@lindquist.com
    sbarnes@lindquist.com, kkanski@lindquist.com

2

## CERTIFICATE OF SERVICE

I, Michael Loeffler, an attorney, hereby certify that I filed the foregoing Joint Reply Memorandum of Law by Defendants Steven Lakner, Ronald Tucek, Patrick McCarthy, and Paul Pappageorge in Support of Defendants' Motion to Dismiss the Complaint with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the following:

| | |
|---|---|
| Beth Anne Black | blackb@gtlaw.com |
| Dean J. Polales | djpolales@uhlaw.com |
| F. Thomas Hecht | fthect@uhlaw.com |
| Jeffrey R. Tone | jtone@kattentemple.com |
| Kimberly Elizabeth Blair | Kimberly.blair@wilsonelser.com |
| Michael P. Tone | michael.tone@wilsonelser.com |
| Richard Henry Tilghman | rhtilghman@uhlaw.com |
| Shannon Tierney Murphy | muphys@gtlaw.com |
| Steven Marc Malina | malinas@gtlaw.com |
| Tina B. Solis | tbsolis@uhlaw.com |
| Nancy A. Temple | ntemple@kattentemple.com |
| John M. George, Jr. | jgeorge@kattentemple.com |
| Joshua D. Nichols | jnichols@vedderprice.com |
| Randall M. Lending | rlending@vedderprice.com |
| Chad A. Schiefelbein | cschiefelbein@vedderprice.com |
| Edward F. Dunne | efdunne@karballaw.com |
| Newton C. Marshall | nmarshall@karballaw.com |

On: March 13, 2012.                    /s/ Michael S. Loeffler