**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Federal Deposit Insurance Corporation as
Receiver for Mutual Bank

          Plaintiff,

v.           Case No.: 1:11−cv−07590
          Honorable Virginia M. Kendall

Amrish Mahajan, et al.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 26, 2012:

      MINUTE entry before Honorable Virginia M. Kendall: Enter Memorandum Opinion and Order. Defendants' Motions to Dismiss [51],[53],[55],[58],[62],[65] and [76] are granted in part and denied in part. The motions to dismiss are denied with respect to Counts I−VI, IX, and XI of the Amended Complaint. Counts VII and X of the Amended Complaint are dismissed with prejudice. Count VIII of the Amended Complaint is dismissed without prejudice, with leave to replead on or before 8/22/2012. Status hearing set for 12/10/2012 at 9:00 a.m. to stand. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.